McGREGOR W. SCOTT
United States Attorney
PHILLIP A. TALBERT
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone:  (916) 551-2789

**FILED**

OCT 2 9 2007

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
              DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> (SEALED) ) <br> ) <br> Defendant(s). ) <br> ) | 2:07-MJ-0275-DAD <br><br> REQUEST FOR UNSEALING |

On August 28, 2007, the Court signed an order sealing the Complaint, Search Warrant, Affidavit in Support, and Sealing Order in the instant action.  Recently the defendant was taken into state custody and a federal hold was placed on him.  Accordingly, there is no longer a need for these documents to remain sealed, and the government requests that the Court issue an order unsealing the above referenced documents.

DATED: October 26, 2007

Respectfully submitted,

McGREGOR W. SCOTT
United States Attorney

By: _____
    PHILLIP A. TALBERT
    Assistant U.S. Attorney

1
2                                    ORDER
3       IT IS HEREBY ORDERED that the Complaint, Search Warrant,
4  Affidavit in Support, and Sealing Order in the above-captioned
5  matter be and hereby are ordered unsealed.
6  DATED:  10/29/07
7
8                                        _____
                                         HON. KIMBERLY J. MUELLER
9                                        UNITED STATES MAGISTRATE JUDGE
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28