# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA )
)
v. ) CR. 2:07-MJ-275-DAD
)
RODOLFO ALA DEVENECIA )

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
(X) Ad Prosequendum    ( ) Ad Testificandum.
Name of Detainee:    **RODOLFO ALA DEVENECIA**

Detained at (custodian):    **Sacramento County Main Jail**

Detainee is:    a.)    (X) charged in this district by:
( ) Indictment    ( ) Information    (X) Complaint
Charging Detainee With:    **Distribution of 50 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance**

or    b.)    ( ) a witness not otherwise available by ordinary process of the Court

Detainee will:    a.)    ( ) return to the custody of detaining facility upon termination of proceedings
or    b.)    (X) be retained in federal custody until final disposition of federal charges, as a sentence
is    currently being served at the detaining facility

Appearance is necessary **FORTHWITH** in the Eastern District of California.

Signature:   /s/ Phillip A. Talbert
Printed Name & Phone No: AUSA  PHILLIP A. TALBERT   916-554-2700
Attorney of Record for:    United States of America

## WRIT OF HABEAS CORPUS
(X) Ad Prosequendum    ( ) Ad Testificandum
The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, **FORTHWITH** and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

10/30/07
Date
United States District/Magistrate Judge

Please provide the following, if known:

AKA(s) (if applicable):    Rodelfo A. Devenecia    Male X    Female
Booking or CDC #:    09224283   / X-1549763    DOB:    1969
Facility Address:    651 I Street, Sacramento, CA    Race:
FBI #:

Facility Phone:
Currently Incarcerated For:

---
**RETURN OF SERVICE**

Executed on _____ by _____
(Signature)